AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| James, Robert G | U.S. District Court, Louisiana | 05/07/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

**7. Chambers or Office Address**

U. S. Courthouse
201 Jackson Street, Suite 201
Monroe, LA 71201

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | James Real Estate |
| 2. Member | Judd & Company, LLC |
| 3. Member | James Minerals, LLC |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Louisiana State Employees Retirement System |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 13 P 12: 02
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Louisiana State Employees Retirement System | $ 30,856.00 |
| 2. 2007 | James Minerals, LLC (partnership income) | $ 1,967.00 |
| 3. 2007 | James Real Estate (partnership income) | $ 3,661.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Lincoln Parish District Attorney |
| 2. 2007 | State of Louisiana |
| 3. 2007 | James Minerals, LLC (partnership income) |
| 4. 2007 | James Real Estate (partnership income) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  James E. Davison | See note in part VIII for description. | $ 3,250.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timber Property, Vienna, La (Woodvale) | | None | K | W | | | | | |
| 2. Timber Property, Union Parish, La. (cabin) | | None | K | W | | | | | |
| 3. 50% interest in Lake House, Farmerville, La. (camp) | | None | | | sale | 03/23 | K | D | ▬▬▬ |
| 4. James Real Estate | E | Rent | N | W | | | | | |
| 5. | A | Royalty | | | | | | | |
| 6. Judd & Company, LLC (17.10%) | C | Royalty | M | W | | | | | See note in part VIII |
| 7. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | |
| 8. Undeveloped Property, Lincoln Parish, LA (1/3 int.) (Slaton) | | None | J | W | | | | | |
| 9. ▬▬ Bienville Parish, La (1/3 int.) (Weyerheauser) | | None | J | W | | | | | |
| 10. Timber Property #1, Bienville Parish, La (1/3 int.)(Smelly) | | None | K | W | timber sale | 01/31 | J | A | Ewing Timber |
| 11. Timber Property #2, Bienville Parish, La (1/3 int.) (Neal) | | None | J | W | | | | | |
| 12. ▬▬, Union Parish, LA (Middle Fork) | D | Rent | M | W | | | | | |
| 13. Undeveloped property, Jackson Parish, LA (1/3 int.) (farm) | | None | J | W | | | | | |
| 14. IRA #3 | A | Dividend | K | T | | | | | |
| 15. -Fidelity Investments-Four-In-One Index | | . | | | | | | | |
| 16. Merrill Lynch - Brokerage Account #2 | | | | | | | | | |
| 17. -Automatic Data Proc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pepsico Inc | A | Dividend | K | T | | | | | |
| 19. -CMA Money Fund | B | Interest | L | T | | | | | |
| 20. -Encana Corp | A | Dividend | K | T | | | | | |
| 21. -AFLAC Inc | A | Dividend | K | T | | | | | |
| 22. -Biomet Inc | | None | | | sale | 03/19 | J | B | |
| 23. -I Shares RUS MDCP VAL | A | Dividend | K | T | | | | | |
| 24. -BCE Inc | A | Dividend | J | T | | | | | |
| 25. -I Shares MSCI Japan Index | A | Dividend | K | T | | | | | |
| 26. -Diageo PLC SPSD | A | Dividend | K | T | | | | | |
| 27. -Broadridge Finl | A | Dividend | | | acquired stk | 04/05 | J | | acquired through stock div |
| 28. | | | | | sale | 06/27 | J | A | |
| 29. Fidelity Investments - Brokerage Account #3 | | | | | | | | | |
| 30. -Cash Account - Fidelity Investments | B | Interest | L | T | | | | | |
| 31. -Equitable Res Inc | A | Dividend | K | T | | | | | |
| 32. -Dentsply Intl Inc | A | Dividend | | | sale | 07/30 | K | D | |
| 33. -Devon Energy | A | Dividend | K | T | | | | | |
| 34. -Rydex URSA | A | Dividend | K | T | partial sale | 06/04 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -T Rowe Price New Asia | B | Dividend | K | T | partial sale | 07/30 | J | D | |
| 36. -ISHARES TR Dow Jones | A | Dividend | K | T | | | | | |
| 37. -Wal-Mart | A | Dividend | | | sale | 08/13 | J | A | |
| 38. -Matthews Japan Fund | | None | | | sale | 04/12 | K | A | |
| 39. -Walgreen Company | A | Dividend | | | purchase | 06/04 | J | | |
| 40. | | | | | sale | 12/28 | J | A | |
| 41. -Japan Fund Class S | | None | J | T | purchase | 04/20 | K | | |
| 42. | | | | | partial sale | 08/27 | J | A | |
| 43. Community Trust Bank, Accounts | A | Interest | M | W | | | | | |
| 44. Jackson Parish, LA property (1/6 int) (Hutcheson) | | None | J | W | | | | | |
| 45. Jackson Parish, LA property (1/3 int) (Steele/Sherrard) | | None | J | W | | | | | |
| 46. Jackson Parish, LA property (1/3 int) (Steele Hard 40) | | None | J | W | | | | | |
| 47. Jackson Parish, LA property (1/3 int) (Goodwood) | | None | J | W | | | | | |
| 48. Bienville Parish, LA property (1/3 int) (Gibson) | | None | | | sale | 07/24 | K | E | Arcadia Gas Storage, LLC |
| 49. Bienville parish, LA property (1/3 int) (Gates) | | None | J | W | | | | | |
| 50. Bienville Parish, LA timber property (1/3 int) (Hampton) | | None | | | sale | 07/24 | L | E | Arcadia Gas Storage, LLC |
| 51. Union Parish, LA property (Franklin) | C | Rent | J | W | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fuller Estate (1/4 int) | B | Rent | M | W | | | | | |
| 53. Lincoln Parish, LA mineral interest (1/3 int) | D | Rent | J | W | | | | | |
| 54. ▇▇▇ (Goldsmith Estate)"X" | A | Rent | J | W | timber sale | 07/31 | J | B | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part V, page 3, line 1 - For reporting person ▮▮▮▮▮ to visit Mr. Davison's vacation home in Mexico on two occasions including air travel from Cancun to home on one occasion, lodging, some meals, and transportation while in Mexico.

2) Part VII, page 4, line 6 - This asset was formerly listed as Judd & Company.

3) Part VII, page 6, line 51 - One acre of this property was donated to D'arbonne Water System in exchange for utilities being placed on property.

4) Part VII, page 7, line 54 - Timber sold to Loggy Bayou Timber. This property was acquired in 1977 with zero basis. No value was assigned to this property in previous years.

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/07/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544